of Monroe, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Andrew R. Sutherland* for appellant.

*William F. Love, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.

---

HYMAN KAMINSKY, an Infant, by DAVID KAMINSKY, His Guardian ad Litem, Respondent, *v.* UNITED STATES TRUCKING CORPORATION, Appellant.

*Negligence — motor vehicles — child, non sui juris, struck by motor truck while standing in street — action to recover for injuries — defense of contributory negligence.*

*Kaminsky* v. *U. S. Trucking Corp.,* 216 App. Div. 701, affirmed. (Argued May 12, 1926; decided June 1, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.   Plaintiff, a child between three and four years old, while standing in the roadway of Monroe street in the city of New York, was struck by one of defendant's motor trucks and received the injuries complained of.   The defense was contributory negligence on the part of the mother of the plaintiff in permitting him to go unattended onto the street.

*Theodore H. Lord* and *Patrick J. McGrath* for appellant.

*Harold R. Medina, Moses Feltenstein* and *David Steckler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.